**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 09 CR. 765 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| TERRANCE FORTE, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, June 4, 2024 at 12:30 P.M. will take place in Courtroom 17B.

Dated: May 29, 2024
      New York, NY

*Richard M. Berman*
RICHARD M. BERMAN
U.S.D.J.