**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                                  :

                 Government,      :       09 CR. 765 (RMB)

                                  :

      - against -             :       **ORDER**

                                  :

TERRANCE FORTE,              :

                                  :

             Defendant.      :

-----------------------------------------------------------------x

       The supervised release hearing previously scheduled for Tuesday, July 23, 2024 at 11:30 A.M. is hereby rescheduled to Thursday, August 15, 2024 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 875 673 04#

Dated: July 17, 2024
       New York, NY

                                        *Richard M. Berman*

                                 **RICHARD M. BERMAN**
                                         **U.S.D.J.**