UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TERRANCE FORTE,

Defendant.

09-CR-765 (RMB)

**ORDER**

The supervised release hearing is scheduled for Thursday, August 15, 2024 at 10:00 AM.

The proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 875 673 04#

Video Link: [hyperlinked here](#)

Mr. Forte was sentenced on May 22, 2013 to 140 months of incarceration followed by 10 years of supervised release for conspiracy to distribute and possess with intent to distribute cocaine. Supervision commenced on July 14, 2023, and it is scheduled to expire on July 13, 2033.

Forte has maintained consistent group attendance at treatment. He is employed and maintains a stable residence. This will be his second supervised release hearing.

Date: August 7, 2024
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**