**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,    :     09 CR. 765 (RMB)
                                           :
       - against -                       :     **ORDER**
                                           :
TERRANCE FORTE,                            :
                                           :
                    Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 9, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 874 627 681#

Dated: October 1, 2024
       New York, NY

                                                                _____
                                                              **RICHARD M. BERMAN**
                                                                    **U.S.D.J.**