**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 09 CR. 765 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| TERRANCE FORTE, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is hereby rescheduled to Tuesday, October 15, 2024 at 1:00 P.M. and will take place in person in Courtroom 17B.

Dated: October 7, 2024
      New York, NY

                                                        **RICHARD M. BERMAN**
                                                           **U.S.D.J.**