**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,             :       09 CR. 765 (RMB)
                                         :
     - against -                        :       **ORDER**
                                         :
                                         :
TERRANCE FORTE,                          :
                                         :
                Defendant.              :
---------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, November 6, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: October 30, 2024
       New York, NY

                                                RICHARD M. BERMAN
                                                    U.S.D.J.