**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                Government,   :     09 CR. 765 (RMB)
                                       :
   - against -                        :     **ORDER**
                                       :
                                       :
TERRANCE FORTE,                        :
                                       :
                Defendant.    :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Wednesday, November 6, 2024 at 9:00 A.M. is hereby rescheduled to Wednesday, November 13, 2024 at 10:30 A.M. The proceeding will be held in Courtroom 17B.

Dated: November 6, 2024
       New York, NY

                                                  RICHARD M. BERMAN
                                                  U.S.D.J.