**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :       09 CR. 765 (RMB)
                                         :
    - against -                         :       **ORDER**
                                         :
                                         :
TERRANCE FORTE,                          :
                                         :
                Defendant.      :
------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, January 8, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: December 18, 2024
       New York, NY

                                         RICHARD M. BERMAN
                                             U.S.D.J.