**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                                                          :
                        Government,         :       09 CR. 765 (RMB)
                                                                          :
        - against -                           :       **ORDER**
                                                                          :
TERRANCE FORTE,                                     :
                                                                          :
                        Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, March 11, 2025 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 927 508 691#

Dated: March 5, 2025
      New York, NY

                                                   _Richard M. Berman_
                                           **RICHARD M. BERMAN**
                                                    **U.S.D.J.**