**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                                                         :
      Government,         :        09 CR. 765 (RMB)
                                                                         :
  - against -                                       :        **ORDER**
                                                                         :
TERRANCE FORTE,                                   :
                                                                         :
      Defendant.            :
------------------------------------------------------------x

  The supervised release hearing is scheduled for Monday, May 5, 2025 at 11:00 A.M.

  On all the parties' consent, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

  Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 232 002 488#

Dated: April 30, 2025
   New York, NY

               *Richard M. Berman*
              **RICHARD M. BERMAN**
                 **U.S.D.J.**