UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                                    Government, :     09 CR. 765 (RMB)
                                                :
            - against -                         :     **ORDER**
                                                :
TERRANCE FORTE,                                 :
                                                :
                                    Defendant.  :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 29, 2025 at 11:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 292 284 680#

Dated: May 21, 2025
       New York, NY

                                        RICHARD M. BERMAN
                                        U.S.D.J.