UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,    :    09 CR. 765 (RMB)
                                           :
        - against -                     :    **ORDER**
                                           :
TERRANCE FORTE,                            :
                                           :
                    Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, July 30, 2025 at 11:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 688 109 483#

Dated: July 23, 2025
       New York, NY

                                            RICHARD M. BERMAN
                                                  U.S.D.J.