**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
: 
                      Government, :      09 CR. 765 (RMB)
:
    - against - :      **ORDER**
:
TERRANCE FORTE, :
:
                      Defendant. :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for Monday, September 8, 2025 at 11:00 A.M.

       On all parties' consent, the proceeding will be held by video.

## Microsoft Teams

### [Join the meeting now](#)

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 436 610 663#

Dated: September 3, 2025
       New York, NY

                                              *RICHARD M. BERMAN*
                                                    U.S.D.J.