UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                 Government,   :   09 CR. 765 (RMB)

          - against -                :   **ORDER**

TERRANCE FORTE,                          :

                                 Defendant.    :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Monday, October 20, 2025 at 11:00 A.M.

      On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 921 982 162#

Dated: October 15, 2025
       New York, NY

                                            */s/ Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                                  **U.S.D.J.**