**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

UNITED STATES OF AMERICA,             :

                                       :

                 Government,      :        09 CR. 765 (RMB)

                                         :

      - against -            :        **ORDER**

                                       :

TERRANCE FORTE,               :

                                       :

               Defendant.       :
--------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 18, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 133 922 900#

Dated: December 10, 2025
      New York, NY

                              *Richard M. Berman*

                              **RICHARD M. BERMAN**
                                 **U.S.D.J.**