**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                             :

                      Government,              :        09 Cr. 765 (RMB)

                                             :

        - against -                        :        **ORDER**

                                             :

TERRANCE FORTE,                              :

                                             :

                      Defendant.              :

-------------------------------------------------------------x

The supervised release hearing is scheduled for January 22, 2026 at 11:30 A.M. on Microsoft Teams. The Court will send the link by email to the parties and counsel.

Dated: January 15, 2026
     New York, NY

                                   **RICHARD M. BERMAN**
                                     **U.S.D.J.**