**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :

                             Government,               :       09 Cr. 765 (RMB)

          - against -                                      :       **ORDER**

TERRANCE FORTE,                                      :

                          Defendant.               :
------------------------------------------------------------------x

The supervised release hearing scheduled for February 4, 2026 at 2:30 P.M. will take place in Courtroom 17B.

Dated: January 29, 2026
      New York, NY

                                                 **RICHARD M. BERMAN**
                                                      **U.S.D.J.**