**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                              Government,         :        09 Cr. 765 (RMB)
                                                 :
            - against -                           :        **ORDER**
                                                 :
                                                 :
TERRANCE FORTE,                                  :
                                                 :
                              Defendant.          :
-------------------------------------------------------------x

The supervised release hearing scheduled for March 5, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: February 25, 2026
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**