**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
           :
           Government,      :      09 Cr. 765 (RMB)
           :
    - against -           :      **ORDER**
           :
           :
TERRANCE FORTE,           :
           :
           Defendant.      :
-------------------------------------------------------------x

The supervised release hearing previously scheduled for April 1, 2026 at 10:00 A.M. is rescheduled to 9:00 A.M in courtroom 17B.

Dated: March 25, 2026
      New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**