**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                                 :
                                                          :
                              Government,                 :        09 Cr. 765 (RMB)
                                                          :
                    - against -                           :        **ORDER**
                                                          :
TERRANCE FORTE,                                           :
                                                          :
                              Defendant.                  :
-------------------------------------------------------------x


      The supervised release hearing is scheduled for April 23, 2026 at 9:00 A.M. on Microsoft

Teams. The Court will send the link by email.


Dated: April 17, 2026
      New York, NY


                                **RICHARD M. BERMAN**
                                    **U.S.D.J.**