**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
           :

         Government,     :      09 CR. 765 (RMB)
           :

    - against -      :      **ORDER**
           :

TERRENCE FORTE,         :
           :

        Defendant.     :
----------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, June 18, 2026 at

1:00 P.M.

       The court will send the link via email.


Dated: June 10, 2026
     New York, NY


                **RICHARD M. BERMAN**
                     **U.S.D.J.**