**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 09 Cr. 765 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| TERRANCE FORTE, | : | |
| | : | |
| Defendant. | : | |

The supervised release hearing is scheduled for September 8, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: September 3, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**